PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Supplemental Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samier Bakhoury                                              Cr.:00-CR-333(3)

Name of Sentencing Judicial Officer: The Honorable Nicholas H. Politan( As of 08/01/05 re-assigned to The Honorable Joseph A. Greenaway, Jr.)

Date of Original Sentence: 12/05/01

Original Offense: Conspiracy to Distribute 500 Grams or More of Cocaine

Original Sentence: Thirty (30) months custody; Five (5) years supervised release.

Type of Supervision: Supervised Release                 Date Supervision Commenced:03/28/03

Assistant U.S. Attorney: Marc A. Agnifilo                Defense Attorney: Gary Mizzone

## PETITIONING THE COURT

**This petition supplements a previous Probation Form 12C signed on September 12, 2005.**

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 7. | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
|  | On October 14, 2005, the offender verbally admitted to using heroin on October 12, 2005. |
| 8. | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |
|  | On October 19, 2005, Bakhoury stated that he would not attend an inpatient drug treatment program as directed by the U.S. Probation Office. |

PROB 12C - Page 2
Samier Bakhoury

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 10/21/05

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

10-24-05
Date