PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Samier Bakhoury        Cr.: 00-CR-333(3)

Name of Sentencing Judicial Officer: The Honorable Nicholas H. Politan(As of 08/01/05 re-assigned to The Honorable Joseph A. Greenaway, Jr.)

Date of Original Sentence: 12/05/01; 12/05/05(Violation of Supervised Release)

Original Offense: Conspiracy to Distribute 500 Grams or More of Cocaine

Original Sentence: Thirty (30) months custody: Five (5) years supervised release; Violation of Supervised Release: Six (6) months custody; re-imposition of two (2) years supervised release.

Type of Supervision: Supervised Release    Date Supervision Commenced: 04/20/06

Assistant U.S. Attorney: Marc A. Agnifilo    Defense Attorney: Gary Mizzone

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' <br><br> On June 22, 2006, the offender was arrested by the Jersey City Police, and charged with the law violation of possession/use of a controlled dangerous substance(heroin). |
| 2. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' <br><br> On May 3, 2006, the offender was arrested by the New York City Police, and charged with the law violations of forcible touching, unlawful imprisonment, and sexual abuse. |

3.  The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

    The offender was in the State of New York on May 3, 2006, without the permission of the probation office, as evidenced by his arrest by the New York City Police.

4.  The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

    The offender has failed to submit monthly supervision reports for the months of April, May, and June 2006.

5.  The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

    The offender associated with an individual engaged in criminal activity as evidenced by his admission to soliciting a prostitute who was using heroin while in New York City on May 3, 2006. The prostitute is the alleged victim in the pending charges relating to the May 3, 2006 New York City Police arrest.

6.  The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

    The offender failed to notify the undersigned officer of his arrest on June 26, 2006, by the Jersey City Police.

7.  The offender has violated the supervision condition which states '**The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.**'

    The offender was released from custody on April 20, 2006, and failed to report within three (3) days of his release from custody. Contact was made during a home visit with his mother and sister on May 2, 2006, with the offender not home at the time. A message was left for the offender to report on May 3, 2006, with the offender failing to report to the office until May 5, 2006.

PROB 12C - Page 3
Samier Bakhoury

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 07/11/06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

7-24-06
Date