UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim No. 00-333

UNITED STATES OF AMERICA v. Elvis Irizzary
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Samier Bakhoury** (Inmate #237409, ), is now confined in Hudson County Jail.

2. Said individual will be required at United States District Court, before the Honorable Stanley R. Chesler on Thursday, January 27, 2011, at 10:00 a.m. for a hearing in the captioned case, in which he is to provide testimony and a Writ of Habeas Corpus should be issued for that purpose.

DATED: January 11, 2011

Assistant United States Attorney
Petitioner LESLIE F. SCHWARTZ

ORDER FOR WRIT: Let the Writ Issue.

DATED: 1/13/2011

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS: The United States of America to

WARDEN, Hudson County Jail

WE COMMAND YOU that you have the body of **Samier Bakhoury**, now confined in Hudson County Jail brought to the United States District Court before the Honorable Stanley R. Chesler in Newark, New Jersey on Thursday, January 27, 2011 at 10:00 am, for a hearing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in a safe and secure manner.

WITNESS the Honorable Stanley R. Chesler
United States District Judge at Newark, NJ.

DATED: 1/13/2011

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk